```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MICHIGAN
                         SOUTHERN DIVISION
```

JOEY E. STATEN,

    Petitioner,

v                                   Case No. 07-13835

GARY J. CAPELLO,              DISTRICT JUDGE ARTHUR J. TARNOW

    Respondent.            MAG. JUDGE PAUL J. KOMIVES

_____/

## **ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is Magistrate Judge Komives' Report and Recommendation [Docket #12] filed November 10, 2008. The Magistrate Judge recommends that this Court deny petitioner's application for the writ of habeas corpus. No objections were filed.

Having reviewed the file, the Report and Recommendation and the objections the Court **ADOPTS** the Report and Recommendation as the findings and conclusions of the Court. Accordingly, petitioner's application for the writ of habeas corpus is **DENIED.**

                                          s/Arthur J. Tarnow
                                          Arthur J. Tarnow
                                          United States District Judge

Dated: November 26, 2008

I hereby certify that a copy of the foregoing document was served upon parties/counsel of record on November 26, 2008, by electronic and/or ordinary mail.

                                          s/Catherine A. Pickles
                                          Judicial Secretary